NEAL R. ANDREWS, Suing on Behalf of Himself and All Other Stockholders and Holders of Voting Trust Certificates Similarly Situated, Appellant, v. RALPH L. EVANS et al., Individually and as Directors and Officers of Sales Affiliates, Inc., et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

JACK WASSERMAN, Appellant, v. JOSEPH B. JOSEPHSON et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MILTON H. WALLACH, Appellant, v. BERT BACHARACH et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

WILLIAM MERRITT, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

LOUIS RANNOU, Respondent, v. ANNA RANNOU, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 985.]

In the Matter of DANIEL LAMONT, Petitioner, against ASHLEY T. COLE et al., as Racing Commissioners of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

JAMES STATES, Individually and as Assignee of PETER G. STATES, Deceased, Respondent, v. MARY STATES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 927.]

CHASE BAG CO., Respondent, v. A. LUSTIG, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 1033.]

In the Matter of the Estate of MAX GOLDSTEIN, Deceased. NATIONAL CITY BANK OF NEW YORK, Appellant; ERNA GOLDSTEIN, as Administratrix of the Estate of MAX GOLDSTEIN, Deceased, Respondent.— Decree reversed and the application for discovery denied, without prejudice to an application under subdivision 2 of section 119 of the Surrogate's Court Act, with costs and disbursements to the appellant payable out of the fund. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

MORRIS RABINOWITZ, Respondent, v. ROSE LANDAU et al., as Executrices of JACK LONDON, Deceased, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Arbitration between FORGE MILLS, INC., Respondent, and FOSTER BROS. SPORTSWEAR COMPANY et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 984.]